PETER B. GELBLUM (SBN 102695)
pbg@msk.com
NAHLA B. RAJAN (SBN 218838)
nbr@msk.com
VALENTINE A. SHALAMITSKI (SBN 236061)
vas@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

JS-6

Attorneys for Defendants
KINRO, INC. and KINRO TEXAS LIMITED PARTNERSHIP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VICTORIA GONZALEZ, and ROBERT ROYALTY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DREW INDUSTRIES INCORPORATED, a Delaware corporation; KINRO, INC., an Ohio corporation; KINRO TEXAS LIMITED PARTNERSHIP, a Texas limited partnership, d/b/a BETTER BATH COMPONENTS; SKYLINE CORPORATION, an Indiana corporation; and SKYLINE HOMES, INC., a California corporation,<br><br>Defendants. | CASE NO. CV 06-08233 DDP (JWJx)<br><br>The Honorable Dean D. Pregerson<br><br>**JUDGMENT FOR DEFENDANTS** |

Mitchell Silberberg & Knupp LLP

3016839.1

[PROPOSED] JUDGMENT

1    On April 1, 2008, the Court granted the motion by specially appearing Defendant Drew Industries Incorporated to dismiss for lack of personal jurisdiction.  (Docket No. 172)

On May 18, 2009, as modified by an Order dated August 26, 2009, the Court granted the motion by Defendants Kinro, Inc. and Kinro Texas Limited Partnership for summary judgment as to all claims in Plaintiffs' Second Amended Class Action Complaint For Damages And Equitable Relief ("Second Amended Complaint," Docket No. 147), except for a claim based upon the unfair prong of the California Unfair Competition Law, California Business and Professions Code Section 17200 (the "UCL Claim").  (Docket Nos. 349, 363)

Also on May 18, 2009, as modified by an Order dated August 26, 2009, the Court granted the motion by Plaintiffs to certify a class under Federal Rule of Civil Procedure 23(b) for the UCL Claim.  (Docket Nos.  348, 363)  No notice has been sent to the class under Federal Rule of Civil Procedure  23(c).

On October 7, 2010, the Court entered its Order dismissing defendants Skyline Corporation and Skyline Homes, Inc. with prejudice, pursuant to stipulation.  (Docket No. 392. )

On September 30, 2010, the Court entered its Order on the Motion For Summary Judgment, Or In The Alternative, Motion To De-Certify Class, filed By Defendants Kinro, Inc. and Kinro Texas Limited Partnership, granting the Motion for Summary Judgment.  Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that:

1.    Plaintiffs Victoria Gonzalez and Robert Royalty ("Plaintiffs") recover nothing on their Second Amended Complaint;

2.    The action be, and hereby is, dismissed on the merits in its entirety with prejudice; and

//

//

3. Defendants Drew Industries Incorporated, Kinro, Inc., and Kinro Texas Limited Partnership shall recover their costs of suit herein.

DATED: October 21, 2010

_____
The Honorable Dean D. Pregerson
United States District Judge